TINDELL, J., CONCURRING IN PART AND DISSENTING IN PART:
 

 ¶ 61. On the issues of rehabilitative alimony and temporary support, I must respectfully dissent. In October 2014, Robert was ordered to pay temporary alimony and child support and to make monthly payments on the parties' marital debts, which accounted for seventy-six percent of his net monthly income. In the chancellor's final judgment, Robert was ordered to pay another thirty-six months of rehabilitative alimony, with no apparent consideration for what he had already paid pursuant to the temporary order.
 

 ¶ 62. The Mississippi Supreme Court has long acknowledged that equitable distribution and alimony are intertwined and should be considered together to prevent inequity.
 
 Ferguson v. Ferguson
 
 ,
 
 639 So.2d 921
 
 , 929 (Miss. 1994). Since other issues regarding equitable distribution are being remanded for the chancellor's consideration, I would remand the issue of rehabilitative alimony as well. I therefore concur in part and dissent in part from the majority's opinion.
 

 GREENLEE J., JOINS THIS OPINION.